

**MANDATE**

SDNY/NY
01-cv-1748
Castel

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

### Eismann v. Globalstar Telecom

### Docket Nos. 06-0099-cv(L); 06-0363-cv(CON)



FILED
SEP 21 2006

UNITED STATES COURT OF APPEALS · SECOND CIRCUIT

---

## AGREEMENT OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, it is

hereby STIPULATED and AGREED by all of the undersigned parties in all appeals

comprising Docket Nos. 06-0099-cv and 06-0363-cv that the Appeals are

voluntarily dismissed with prejudice, with each side to bear its own costs.

Steven J. Toll
Andrew N. Friedman
Joshua S. Devore
Marka Peterson
COHEN, MILSTEIN, HAUSFELD &
   TOLL, P.L.L.C
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934
(202) 408-4600
(202) 408-4699 (fax)

*Counsel for Lead Plaintiffs-Appellees and
the Class*

Edward F. Siegel
5910 Landerbrook Drive
Cleveland Ohio 44124
(440) 544-1107
(440) 446-1240 (fax)

*Counsel for Objector-Appellant
Agin and Agin Profit Sharing Plan*

*Dated:* September 1, 2006

A TRUE COPY
Roseann B. MacKechnie, CLERK

by

DEPUTY CLERK

220408v1
IMANAGE 251187.1 70320001
DRAFT 8/31/06 3:08 PM

CERTIFIED: 9/28/06

Edward W. Cochran
LAW OFFICE OF EDWARD W.
COCHRAN
20030 Marchmont Road
Shaker Heights, Ohio  44122
(216) 751-5546
(216) 751-6630 (fax)

*Counsel for Objector-Appellant*
*Agin and Agin Profit Sharing Plan*

Steven N. Williams
STEVEN N. WILLIAMS, P.C.
3509 E. Park Blvd.
Suite 180-110
Plano, Texas 75074
(469) 774-8331
(972) 578-1511 (fax)

*Objector-Appellant, pro se*

Francis J. Menton
Jeanne M. Luboja
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000 (telephone)
(212) 728-8111 (facsimile)

*Counsel for Defendant-Appellee*
*Bernard L. Schwartz*

2

220408v1
IMANAGE 251187.1 70320001
DRAFT 8/31/06 3:08 PM

Edward W. Cochran
LAW OFFICE OF EDWARD W.
COCHRAN
20030 Marchmont Road
Shaker Heights, Ohio  44122
(216) 751-5546
(216) 751-6630 (fax)

*Counsel for Objector-Appellant*
*Agin and Agin Profit Sharing Plan*

Steven N. Williams
STEVEN N. WILLIAMS, P.C.
3509 E. Park Blvd.
Suite 180-110
Plano, Texas 75074
(469) 774-8331
(972) 578-1511 (fax)

*Objector-Appellant, pro se*

Francis J. Menton
Jeanne M. Luboja
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000 (telephone)
(212) 728-8111 (facsimile)

*Counsel for Defendant-Appellee*
*Bernard L. Schwartz*

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

220408v1
IMANAGE 251187.1 70320001
DRAFT 8/31/06 3:08 PM

2